# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

| | |
|---|---|
| **SAAP ENERGY, INC.** and **SAIBABU APPALANENI,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) Case No.: **1:12:cv-00098-TBR** |
| **RICKY BELL, individually,** **MAX BELL, individually,** **REBELL OIL OF KY, LLC,** **ENERGY ENDEAVORS, LLC,** **MARTIN KLEINMAN, individually,** **FALCON ENERGY GROUP, LLC** **PATRICK GAGLIARDI, individually, and as** agent for Capital Business Solutions, **ROBERTA CAPUTO, individually, and as** agent for Capital Business Solutions, **EMPIRE BUSINESS ASSOCIATES, INC., and** **DANNY BASIL, individually,** | ) ) **AGREED ORDER OF** ) **DISMISSAL WITH PREJUDICE** ) **AS TO PATRICK GAGLIARDI,** ) **ROBERTA CAPUTO, AND** ) **EMPIRE BUSINESS** ) **ASSOCIATES, INC.** ) ) ) ) ) |
| **Defendants.** | ) |

---

As evidenced by the signatures of counsel below, Plaintiffs SAAP Energy, Inc. and Saibabu Appalaneni ("Plaintiffs") hereby dismisses, with prejudice, any and all claims asserted in this action only against Defendants Patrick Gagliardi, individually, and as agent for Capital Business Solutions, Roberta Caputo, individually, and as agent for Capital Business Solutions, and Empire Business Associates, Inc. (collectively referred to herein as "CBS Defendants"), and not releasing or discharging any other person or Defendant. The parties further agree that the Plaintiffs and CBS Defendants shall bear their own costs, including attorney's fees. Further, in no event shall the CBS Defendants be responsible for any court costs, taxable expenses, or nontaxable expenses in this matter.

2

**IT IS THEREFORE ORDERED**, that only the Plaintiffs, SAAP Energy, Inc. and Saibabu Appalaneni's claims against Defendants Patrick Gagliardi, individually, and as agent for Capital Business Solutions, Roberta Caputo, individually, and as agent for Capital Business Solutions, and Empire Business Associates, Inc. are hereby **DISMISSED, WITH PREJUDICE.** No other claim against any of the other Defendants, or other yet undiscovered co-conspirator, or individual, is dismissed. It is further **ORDERED** that each party shall bear their own costs, including attorney's fees, and that in no event shall Defendants Patrick Gagliardi, individually, and as agent for Capital Business Solutions, Roberta Caputo, individually, and as agent for Capital Business Solutions, and Empire Business Associates, Inc. be responsible for any court costs, taxable expenses, or nontaxable expenses in this matter.

Approved for Entry:


/s/ Daniel N. Thomas
Daniel N. Thomas, Esq.
James G. Adams III, Esq.
THOMAS, ARVIN & ADAMS
1209 S. Virginia Street
P.O. Box 675
Hopkinsville, Kentucky 42241-0675
Telephone: (270) 886-6363
Facsimile: (270) 886-8544
dthomas@thomasandarvin.com
jadams@thomasandarvin.com

*Attorneys for Plaintiffs*


/s/ Michael D. Hornback
Michael D. Hornback, Esq.
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
Telephone: (615) 244-0020
Facsimile: (615) 256-1726
mhornback@wyattfirm.com

and

C. Tyson Gorman, Esq.
**WYATT, TARRANT & COMBS, LLP**
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202
Telephone: (502) 562-7332
Facsimile: (502) 589-0309
tgorman@wyattfirm.com

*Attorneys for Defendants Patrick Gagliardi, individually, and as agent for Capital Business Solutions, Roberta Caputo, individually, and as agent for Capital Business Solutions, and Empire Business Associates, Inc.*