## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

| | |
|---|---|
| SAAP ENERGY, INC. and  )<br>SAIBABU APPALANENI,  )<br>  )<br>   Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>RICKY BELL, individually,  )<br>MAX BELL, individually,  )<br>REBELL OIL OF KY, LLC,  )<br>ENERGY ENDEAVORS, LLC,  )<br>MARTIN KLEINMAN, individually,  )<br>FALCON ENERGY GROUP, LLC  )<br>And DANNY BASIL, individually,  )<br>  )<br>   Defendants.  ) | Case No.: **1:12:cv-00098-TBR**<br><br>JOINT MOTION FOR ENTRY<br>OF AGREED ORDER OF<br>DISMISSAL WITH PREJUDICE<br>AS TO ENERGY ENDEAVORS, LLC |

COMES NOW the Plaintiffs, SAAP Energy, Inc., and Saibabu Appelaneni, by counsel, and the Defendant, Energy Endeavors, LLC, by counsel, and herein move the Court to enter the attached Agreed Order of Dismissal with Prejudice as to only the Defendant, Energy Endeavors, LLC.

So jointly moved this 1st day of October, 2012.

| | |
|---|---|
| /s/ Daniel N. Thomas | /s/ W.Currie Milliken |
| Daniel N. Thomas, Esq. | W. Currie Milliken, Esq. |
| James G. Adams III, Esq. | MILLIKEN LAW FIRM |
| THOMAS, ARVIN & ADAMS | First Floor Milliken Building |
| 1209 S. Virginia Street | 1039 College Street |
| P.O. Box 675 | P.O. Box 1640 |
| Hopkinsville, Kentucky 42241-0675 | Bowling Green, Kentucky 42101-1640 |
| Telephone: (270) 886-6363 | Telephone: (270) 843-0800 |
| Facsimile: (270) 886-8544 | Facsimile: (207) 842-1237 |
| dthomas@thomasandarvin.com | mlf410@bellsouth.net |
| jadams@thomasandarvin.com | *Attorney for Defendant,* |
| *Attorneys for Plaintiffs* | *Energy Endeavors, LLC* |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF System and was placed in the U.S. Mail, first class, postage prepaid, addressed to the following on this the 1st day of October, 2012:

Mr. Robert M. Alexander, Esq.
112 E. Public Square
Glasgow, Kentucky 42141
*Attorney for Martin Kleinman and Falcon Energy Group, LLC*

Mr. H. Jefferson Herbert, Jr., Esq.
Herbert, Herbert & Pack
135 North Public Square
P.O. Box 1000
Glasgow, Kentucky 42142-1000
*Attorney for Ricky E. Bell, Max Bell and Rebell Oil of KY, LLC*

Matthew W. Breetz
Oliver H. (Scott) Barber, III
Vonda F. Kirby
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
*Attorney for Danny Basil*

    /s/ Daniel N. Thomas
    Daniel  N. Thomas

    /s/ W. Currie Milliken
    W. Currie Milliken