UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

SAAP ENERGY, INC. and
SAIBABU APPALANENI, Plaintiffs,

v. Civil Action No. 1:12-cv-98-DJH-HBB

RICKY E. BELL, et al., Defendants.

\* \* \* \* \*

## ORDER

Cross-Claimants Ricky E. Bell; Rebell Oil of Kentucky, Inc.; Rebell of Kentucky, LLC; and Max Bell and Cross-Defendants Bluegrass Geophysical, LLC; John Prior; T.D. Energy, Inc.; and KOP, Inc. having filed an agreed order of dismissal with prejudice as to all claims asserted among them in this action (Docket No. 368-1), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) All claims asserted by Ricky E. Bell; Rebell Oil of Kentucky, Inc.; Rebell of Kentucky, LLC; and Max Bell against Bluegrass Geophysical, LLC; John Prior; T.D. Energy, Inc.; and KOP, Inc. are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Bluegrass Geophysical, LLC; John Prior; T.D. Energy, Inc.; and KOP, Inc. as cross-defendants in the record of this matter.

(2) John Prior's motions to dismiss (D.N. 367, 368) are **DENIED** as moot.

(3) Pursuant to 28 U.S.C. § 636(b)(1)(A), this matter is **REFERRED** to Magistrate Judge H. Brent Brennenstuhl to conduct a settlement conference on all remaining claims.

March 2, 2017

**David J. Hale, Judge
United States District Court**