UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

SAAP ENERGY, INC. et al.,                                    Plaintiffs,

v.                                                           Civil Action No. 1:12-cv-98-DJH-HBB

RICKY E. BELL et al.,                                        Defendants.

\* \* \* \* \*

## ORDER

Plaintiffs having abandoned their remaining claims against Defendants Falcon Energy Group, LLC and the estate of Martin Kleinman (Docket No. 422), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Plaintiffs' claims against Falcon Energy Group and the estate of Martin Kleinman are **DISMISSED** with prejudice.  The Clerk of Court is **DIRECTED** to terminate Falcon Energy Group, LLC and Yvette Kleinman, personal representative of the estate of Martin Kleinman, as defendants in the record of this matter.

This Order does not affect Plaintiffs' claims against any other defendant.

November 8, 2021

David J. Hale, Judge
United States District Court

1