UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:12-CV-00098-HBB

SAAP ENERGY, INC.                                                                                    PLAINTIFF

v.

I.A.T., INC.                                                                                                 DEFENDANT

### AGREED ORDER OF VOLUNTARY DISMISSAL

Comes now the Plaintiffs, SAAP Energy, Inc. and Saibabu Appalaneni, and the Defendant, I.A.T. Inc., as evidenced by signature of the respective counsel affixed hereto, and the Court being advised that the parties have agreed to a voluntary dismissal of all claims; and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDRED** that all claims asserted by the Plaintiff as against the Defendant, I.A.T., Inc. as well as all claims which could have been asserted herein be and is hereby **DISMISSED** with prejudice.

**IT IS HEREBY ORDRED AS AGREED** that each party shall bear its own costs.

April 7, 2022

H. Brent Brennenstuhl
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

1

HAVE SEEN AND AGREED BY:

*[signature]*

SCOTT A. BACHERT
KERRICK BACHERT PSC
1025 State Street
Bowling Green, KY 42102-9547
Telephone:   (270) 782-8160
Email: *sbachert@kerricklaw.com*
   *Counsel for Defendant, I.A.T., Inc.*

*[signature]*

DANIEL N. THOMAS, ESQ.
THOMAS, ARVIN & ADAMS
1209 S. Virginia Street
P.O. Box 675
Hopkinsville, Kentucky 42241-0675
Telephone:   (270) 886-6363
Email: *dthomas@thomasandarvin.com*
   *Counsel for Plaintiffs, SAAP Energy, Inc.*
   *and Saibabu Appalaneni*